**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

WILLIE N MATHIS,

    Petitioner,

v.                                         CASE NO. 1:15-cv-00130-WTH-CJK

JULIE L JONES,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 19, 2017, ECF No. 36. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at ECF No. 37. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The Clerk is directed to enter the following judgment: "The Amended Petition for Writ of Habeas Corpus, ECF No. 13, challenging petitioner's judgment of conviction and sentence in *State of Florida v. Willie Norman Mathis*, Alachua

County Circuit Court Case No. 10-CF-3408, is DENIED. A certificate of appealability is denied."

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this _22nd_ day of November, 2017

_[signature]_

UNITED STATES DISTRICT JUDGE